JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELROY LINO, an individual<br><br>Plaintiff,<br><br>v.<br><br>CLEAN HARBORS ENVIRONMENTAL SERVICES, INC., a Massachusetts limited liability company, LONESTAR WEST SERVICES, LLC, a Nevada limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:21-cv-06360-FWS-MAR<br><br>**JUDGMENT RE: DEFENDANTS CLEAN HARBORS ENVIRONMENTAL SERVICES, INC. AND LONESTAR WEST SERVICES, LLC'S MOTION FOR SUMMARY JUDGMENT** |

///

///

///

The court heard Defendants Clean Harbors Environmental Services, Inc. and Lonestar West Services, LLC's (collectively, "Defendants") Motion for Summary Judgment ("Motion") came at 10:00 a.m. on December 15, 2022, in Courtroom 10D, the Honorable Fred W. Slaughter presiding. (Dkt. 42.) Nicole A. Naleway of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. appeared for Defendants. Alexander Zaimi of Law Offices of Gary R. Carlin, APC appeared for Plaintiff Delroy Lino ("Plaintiff").

After full consideration of the papers, evidence, and authorities submitted by the parties, as well as the arguments, briefs, and any other relevant information in the court's files and/or filed with the court in connection with the Motion, the court issued an Order **GRANTING** summary judgment for Defendant on each of Plaintiff's claims in the operative complaint after finding there is no genuine issue of material fact in this action and that Defendants are entitled to judgment as a matter of law on Plaintiff's claims. (Dkt. 45.) In accordance with the court's Order:

1. Final Judgment is **ENTERED** in favor of Defendants Clean Harbors Environmental Services, Inc., and Lonestar West Services, LLC, against Plaintiff on all claims asserted by Plaintiff against Defendants Clean Harbors Environmental Services, Inc., and Lonestar West Services, LLC;
2. All previously set dates deadlines in this matter, including any dates still scheduled per the court's scheduling order (Dkt. 24), are **VACATED**; and
3. The clerk shall close the case file.

**IT IS SO ORDERED.**

DATED: March 8, 2023

_____
Hon. Fred. W. Slaughter
UNITED STATES DISTRICT JUDGE